UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BARTOSE, TANIELA UHI, and MANUOSO UHI,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>ALLSTATE INDEMNITY COMPANY, a foreign corporation, and JOHN DOES 1-5,<br><br>　　　　　　　Defendants. | CASE NO. 2:22-cv-01330-TL<br><br>ORDER ON STIPULATION OF DISMISSAL |

　　　Based on the stipulation of the Parties (Dkt. No. 22) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the matter is DISMISSED with prejudice and without attorney fees or costs to any party.

　　　Dated this 24th day of April 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON STIPULATION
OF DISMISSAL - 1